UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

GREGORY STARNES,

                Plaintiff,

                                                                                                                                         No. 9:07-CV-484
              v.                                                              (FJS/DEP)

S. RAMINIENI, et al.,

                Defendants.

_____

APPEARANCES:                              OF COUNSEL:

**FOR PLAINTIFF**:

GREGORY STARNES, *Pro Se*
06-R-3966
Wallkill Correctional Facility
Box G
Wallkill, NY   12589

**FOR DEFENDANTS**:

HON. ANDREW M. CUOMO             TIMOTHY P. MULVEY, ESQ.
Attorney General of                     Assistant Attorney General
the State of New York
615 Erie Blvd., Suite 102
Syracuse, NY   12224

**FREDERICK J. SCULLIN, JR., S.J.:**

## ORDER

     After carefully considering the entire file in this matter, including Magistrate Judge

Peebles' June 11, 2009 Report and Recommendation to which the parties have not filed any

objections; Defendants' motion for summary judgment and plaintiff's claims against defendant Jane Doe, the Court hereby

**ORDERS** that Magistrate Judge Peebles' June 11, 2009 Report and Recommendation is **ADOPTED IN ITS ENTIRETY** for the reasons stated therein; and the Court further

**ORDERS** that Defendants' motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART**; and the Court further

**ORDERS** that Plaintiff's claims against Defendant Jane Doe are **DISMISSED WITHOUT PREJUDICE**; and the Court further

**ORDERS** that Defendants' motion for summary judgment is, in all other respects, **DENIED**; and the Court further

**ORDERS** that this matter is referred to Magistrate Judge Peebles for a Final Pretrial Conference.

IT IS SO ORDERED.

DATED: July 7, 2009
        Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge